AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Cynthia Schwartz, individually and on behalf of
a class, Plaintiff,

V.

Atlantic Credit & Finance, Inc.,
Defendants.

CASE NUMBER: 08CV2820

ASSIGNED JUDGE: JUDGE DOW, JR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Atlantic Credit & Finance, Inc.
c/o Registered Agent Lexis Document Services, Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 16, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/19/08 |
| NAME OF SERVER (PRINT) Susan L. Oney | TITLE Process Server P.I. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: IL-CORPORATION SERVICE CO. as: REG AGENT - f/k/a Lexis Document Services Inc. 801 Adlai Stevenson Dr. Spfld, IL. 62703

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
Date

Signature of Server: Susan L. Oney (0129-303382)

Address of Server: 1032 So. Second St. Spfld., IL. 62704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.