IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA SCHWARTZ, | ) | |
| individually and on behalf of the class | ) | |
| defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 1 : 08 CV 2820 |
| | ) | Judge Dow |
| vs. | ) | Magistrate Judge Keys |
| | ) | |
| ATLANTIC CREDIT & FINANCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO**:  Please see Certificate of Service.

      **PLEASE TAKE NOTICE** that on June 11, 2008 at 9:15 am, we shall appear before the Honorable Robert M. Dow in Room 1919 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 (or another Judge sitting in his stead) and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

      Respectfully submitted,


      s/Thomas E. Soule
      Thomas E. Soule


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


### CERTIFICATE OF SERVICE

I, Thomas E. Soule, hereby certify that on June 2, 2008, a copy of the attached documents were filed electronically with the Court, and that a copy was sent via certified mail to the following persons on the same date:

Atlantic Credit & Finance, Inc.
c/o Registered Agent Lexis Document Services, Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703

s/Thomas E. Soule
Thomas E. Soule