UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cynthia Schwartz, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  08CV2820 |
| vs. | ) ) | Judge Dow, Jr. |
| Atlantic Credit & Finance, Inc., | ) ) | Magistrate Judge Keys |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:     Thomas Soule
        Edelman Combs Latturner & Goodwin, LLC
        120 S. LaSalle Street, 18th fl.
        Chicago, Illinois 60603
        tsoule@edcombs.com

         PLEASE TAKE NOTICE that on the 10th day of June, 2008 at 9:30 A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Robert M. Dow, Jr. or any Judge sitting in his stead, in Courtroom 1919 of the Dirksen Federal Building, and shall then and there present Defendant's Agreed Motion for an Enlargement of Time, a copy of which is hereby served upon you.

                              Respectfully Submitted,


                               s/Corinne C. Heggie
                              One of the attorneys for
                              Atlantic Credit & Finance, Inc.



David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

2

6326296v1 889146