UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cynthia Schwartz, individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) ) | Case No. 08CV2820 |
| vs. ) ) | Judge Dow, Jr. |
| Atlantic Credit & Finance, Inc., ) ) | Magistrate Judge Keys |
| Defendant. | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, on oath state that on June 5, 2008 I served the above and foregoing Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle St., 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

                                                      Respectfully Submitted,

                                                      _s/Corinne C. Heggie
                                                      One of the attorneys for
                                                      Atlantic Credit & Finance, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000