UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cynthia Schwartz
                             Plaintiff,

v.                                            Case No.: 1:08−cv−02820
                                               Honorable Robert M. Dow Jr.

Atlantic Credit & Finance, Inc.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:On 5/15/08, Plaintiff filed a complaint on her own behalf and on behalf of a putative class [1] alleging that Defendant violated the federal Fair Debt Collection Practices Act, the Illinois Collection Agency Act, and the Illinois Consumer Fraud Act. Before the Court are Defendant's agreed motion for enlargement of time in which to file a responsive pleading [15] and Plaintiff's motion for class certification [11]. Defendant's motion [15] is granted and Defendant is given until 6/30/08 to file its responsive pleading. In light of the extension of time for Defendant's response and Plaintiff's representation that she has filed a class certification motion at this early stage of the case because of the decision in White v. Humana Health Plan, 2007 WL 1297130, at *6−*7 (N.D. Ill. May 2, 2007) (noting incentive to file a motion for class certification "immediately"), the Court will enter and continue Plaintiff's motion until the initial status hearing in this case, which is set for 7/15/08 at 9:00 am. Notice of motion dates of 6/10/08 and 6/11/08 are stricken and no appearances are necessary on either date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.