UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cynthia Schwartz, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) Case No. 08CV2820 |
| vs. | ) ) Judge Dow, Jr. ) |
| Atlantic Credit & Finance, Inc., | ) Magistrate Judge Keys ) |
| Defendant. | |

**AGREED MOTION FOR A 15 DAY ENLARGEMENT OF TIME AND TO RESET RULE 16 CONFERENCE**

Defendant, Atlantic Credit & Finance, Inc., ("Atlantic") by and through its attorneys David M. Schultz and Corinne C. Heggie pursuant to Rule 6 for its (Agreed) Motion for a Fifteen Day Enlargement of Time to file its responsive pleading to plaintiff's Complaint and to re-set the parties' July 15, 2008 Rule 16 conference, states as follows:

1.     On May 16, 2008, plaintiff filed a class action Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2.     On June 5, 2008, Defendant filed an agreed motion for an initial extension of 21 days to answer or otherwise plead to plaintiff's Complaint.  The Motion was granted.  Defendant's responsive pleading is due Monday, June 30, 2008.

3.     Since the receiving this case, defense counsel has been diligently working with its client to obtain all the necessary information in its possession related to the allegations made in the complaint.  The allegations involve claims under the FDCPA as well as two Illinois statutes, the Illinois Collection Agency Act ("ICAA") and the Consumer Fraud Act ("CFA") concerning a pleading filed in a state court collection case.  At the time this motion is filed, defense counsel

has not received information from the client to permit her to prepare a response to plaintiff's complaint.

4. Defense counsel will also be out of town from July 2, 2008 until July 6, 2008 for the Fourth of July holiday.

5. On June 25, 2008, defense counsel has discussed the additional time with counsel for the plaintiff. Counsel for the plaintiff has no objection.

6. Both parties request that the July 15, 2008 Rule 16 conference date be stricken and re-set to a later date in July given the current request for an additional 15 days to respond to plaintiff's Complaint.

7. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

WHEREFORE, Defendant, Atlantic Credit & Finance, Inc., respectfully requests that this Court grant it an additional 15 days, up to and including July 15, 2008, to file its responsive pleading to plaintiff's Complaint and enter an order re-setting the parties' Rule 16 conference to a date following July 15, 2008.

    Respectfully Submitted,

    s/Corinne C. Heggie
    One of the attorneys for
    Atlantic Credit & Finance, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6333875v1 889146