UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cynthia Schwartz, individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) ) | Case No.  08CV2820 |
| vs. ) ) | Judge Dow, Jr. |
| Atlantic Credit & Finance, Inc., ) ) | Magistrate Judge Keys |
| Defendant. | |

### NOTICE OF MOTION

To:   Thomas Soule
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle Street, 18th fl.
      Chicago, Illinois 60603
      tsoule@edcombs.com

   PLEASE TAKE NOTICE that on the **1st day of July, 2008 at 9:15 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Robert M. Dow, Jr. or any Judge sitting in his stead, in Courtroom 1919 of the Dirksen Federal Building, and shall then and there present **Defendant's Motion for a 15-Day Enlargement of Time and to Reset Rule 16 Conference,** a copy of which is hereby served upon you.

                                          Respectfully Submitted,

                                           s/Corinne C. Heggie
                                          One of the attorneys for
                                          Atlantic Credit & Finance, Inc.


David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6334158v1 889146