UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cynthia Schwartz, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) Case No. 08CV2820 ) |
| vs. | ) Judge Dow, Jr. ) |
| Atlantic Credit & Finance, Inc., | ) Magistrate Judge Keys ) |
| Defendant. | |

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, on oath state that on June 25, 2008 I served the above and foregoing **Agreed Motion for a 15 Day Enlargement of Time and to Reset Rule 16 Conference and Notice of Motion** via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle St., 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

                                                Respectfully Submitted,

                                                _s/Corinne C. Heggie
                                                One of the attorneys for
                                                Atlantic Credit & Finance, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000