**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Cynthia Schwartz
                              Plaintiff,

v.                                       Case No.: 1:08−cv−02820
                                         Honorable Robert M. Dow Jr.

Atlantic Credit & Finance, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Atlantic Credit & Finance, Inc. for extension of time [20], to and including 7/15/08, and to Reset Rule 16 Conference is granted. Rule 16 Conference to be held on or before 7/31/08. Notice of Motion date of 7/1/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.