IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA SCHWARTZ, individually and behalf of the class defined herein, ) ) ) Plaintiff, ) ) v. ) ) ATLANTIC CREDIT & FINANCE, INC., ) ) Defendant. ) | Case No.: 08CV2820<br><br>Judge Dow, Jr.<br><br>Magistrate Judge Keys |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)

Defendant, Atlantic Credit & Finance, Inc. ("Atlantic") by and through its attorneys, David M. Schultz and Corinne C. Heggie, and for its Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint, states as follows:

1. Plaintiff's Complaint alleges that Atlantic violated the Fair Debt Collection Practices Act, 15 U.S.C. §§1692e, 1692e(2), 1692e(5), 1692e(10) and 1692f ("FDCPA"), Illinois Collection Agency Act, 225 ILC 425/8b ("ICAA") and Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA") by filing a lawsuit for collection of a debt from her without having an assignment that complies with Section 8b of the ICAA and without attaching the assignment to the collection complaint.

2. Plaintiff's argument fails for several reasons which are discussed further in defendant's Memorandum of Law in support of its Motion to Dismiss which is filed contemporaneously with this Motion.

6339050v1 889146

WHEREFORE, Defendant Atlantic Credit & Finance, Inc. respectfully requests this court grant its Motion to Dismiss and dismiss Plaintiff's Complaint with prejudice.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        By:  s/Corinne C. Heggie
        One of the attorneys for Defendant

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6339050v1 889146