UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cynthia Schwartz, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) Case No. 08CV2820 ) |
| vs. | ) Judge Dow, Jr. ) |
| Atlantic Credit & Finance, Inc., | ) Magistrate Judge Keys ) |
| Defendant. | |

## NOTICE OF MOTION

To:   Thomas Soule
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle Street, 18th fl.
      Chicago, Illinois 60603
      tsoule@edcombs.com

   PLEASE TAKE NOTICE that on the **22nd day of July, 2008 at 9:15 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Robert M. Dow, Jr. or any Judge sitting in his stead, in Courtroom 1919 of the Dirksen Federal Building, and shall then and there present **Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6) and Memorandum in Support of Rule 12(B)(6) Motion to Dismiss,** copies of which are hereby served upon you.

                                          Respectfully Submitted,

                                          _s/Corinne C. Heggie
                                          One of the attorneys for
                                          Atlantic Credit & Finance, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6340769v1 889146