UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cynthia Schwartz, individually and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | ) Case No.  08CV2820<br>) |
| vs. | ) Judge Dow, Jr.<br>) |
| Atlantic Credit & Finance, Inc., | ) Magistrate Judge Keys<br>) |
| Defendant. | |

**CERTIFICATE OF SERVICE**

  I, the undersigned, an attorney, on oath state that on **July 15, 2008** I served the above and foregoing **Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6), Memorandum in Support of Rule 12(B)(6) Motion to Dismiss and Notice of Motion** via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle St., 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

              Respectfully Submitted,

                s/Corinne C. Heggie
              One of the attorneys for
              Atlantic Credit & Finance, Inc.


David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000