## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Cynthia Schwartz

                                   Plaintiff,

v.                                              Case No.: 1:08−cv−02820

                                              Honorable Robert M. Dow Jr.

Atlantic Credit & Finance, Inc.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Motion to dismiss [26] is taken under advisement. Plaintiff's Response to motion to dismiss [26] due by 8/21/2008/ reply due by 9/5/2008; ruling on motion to dismiss will be by mail. Status hearing date of 8/4/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.